IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-41-D

| | | |
|---|---|---|
| CROP PRODUCTION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ORMOND FARMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 8, 2012, defendants Thomas B. Ormond, Jr. and Shelia B. Ormond filed a notice of bankruptcy filing [D.E. 58] in this court. On November 1, 2013, the parties filed a joint status report [D.E. 61] stating that the bankruptcy case is still pending and that settlement negotiations are ongoing. Pursuant to 11 U.S.C. § 362, the action in this court is STAYED pending resolution of the bankruptcy case. Parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

SO ORDERED. This 6 day of November 2014.

JAMES C. DEVER III
Chief United States District Judge